UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERREL LOONEY,<br><br>            Plaintiff,<br><br>    v.<br><br>L. GUTIERREZ, et al.,<br><br>            Defendants. | Case No. 17-cv-01164-WHA (RMI)<br><br>**REPORT OF PRO SE PRISONER<br>EARLY SETTLEMENT PROCEEDING** |

A settlement conference was held on August 27, 2018, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X ) Plaintiff, Gerrel Looney, Pro Se.

    ( ) Warden or warden's representative

    ( X ) Office of the California Attorney General, Jeffrey Thomas Fisher

    ( ) Other:

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( ) The case has been completely settled. The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

    ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

( X ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: 8/28/2018

_____
ROBERT M. ILLMAN
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

GERREL LOONEY,

    Plaintiff,

v.

L. GUTIERREZ, et al.,

    Defendants.

Case No. 17-cv-01164-WHA (RMI)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 28, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gerrel Looney
AK-8787
California Men's Colony
PO Box 8101
San Luis Obispo, CA 93409

Dated: August 28, 2018

    Susan Y. Soong
    Clerk, United States District Court

    By: *(signature)*
    Gloria Knudson, Deputy Clerk to the
    Honorable ROBERT M. ILLMAN