**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERREL LOONEY, | No. C 17-01164 WHA |
| Plaintiff, | |
| v. | **ORDER ON MOTION TO WITHDRAW AS COUNSEL AND MOTION TO DISQUALIFY** |
| L. GUTIERREZ, J. TAYLOR, and M. PATSEL, | |
| Defendants. | |

The motion to withdraw as counsel (Dkt. No. 60) is **GRANTED** to the extent that plaintiff seemingly seeks to terminate counsel (*see* Dkt. No. 58 at 1) and has not filed an opposition to the motion. The motion is otherwise **DENIED**. Going forward, plaintiff shall represent himself. The Court will not appoint another lawyer for him. Counsel for plaintiff shall provide paper copies to plaintiff of whatever materials — including the instant order and the case management scheduling order — that, in counsel's judgment, will assist plaintiff in proceeding with the instant action.

Insofar as plaintiff seeks to amend the complaint and disqualify the California Attorney General's Office as counsel for defendants (Dkt. No. 58), the motion is **DENIED**. The matter is suitable for disposition without oral argument and thus plaintiff's request for a hearing is **DENIED**. *See* Civ. L.R. 7-1(b).

The parties are reminded of the case management schedule (Dkt. No. 53).  The non-expert discovery cut-off date is December 20.  The last date for designation of expert testimony and disclosure of full expert reports under FRCP 26(a)(2) as to any issue on which a party has the burden of proof is December 20.  The final pretrial conference will be held on April 1, 2020.  A jury trial will commence on April 20, 2020.

**IT IS SO ORDERED.**

Dated: July 1, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE