# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERREL LOONEY,<br><br>    Plaintiff.<br><br>v.<br><br>L. GUTIERREZ, et al.,<br><br>    Defendants. | Case No.17-cv-01164-WHA (RMI)<br><br>**ORDER FOR AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>Re: Dkt. No. 83 |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of Gerrel Looney, #AK-8787, an inmate currently confined at California Men's Colony, as the presence of said witness will be necessary at the settlement conference proceedings to be held on March 26, 2020 in the above-entitled cause and thereafter as may be required.

**IT IS SO ORDERED.**

Dated: February 27, 2020

ROBERT M. ILLMAN
United States Magistrate Judge

TO: WARDEN, California Men's Colony, Colony Drive, San Luis Obispo, CA

GREETINGS:

WE COMMAND that you have and produce the body of Gerrel Looney, #AK-8787, in your custody in the hereinabove-mentioned institution, before the United States District Court in Courtroom D of the Federal Courthouse at 450 Golden Gate Avenue in San Francisco at 1:30 p.m. on March 26, 2020, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of *Looney v. Gutierrez et al*, and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court.

Witness the Honorable Robert M. Illman, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: February 27, 2020

SUSAN Y. SOONG, CLERK,
UNITED STATES DISTRICT COURT
By: Sara E. Henderson
Administrative Law Clerk

Dated: February 27, 2020

ROBERT M. ILLMAN
United States Magistrate Judge