IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERREL LOONEY, | No. C 17-1164WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| L. GUTIERREZ; J. TAYLOR; M. PASTEL; | |
| Defendants. | |

Pursuant to the settlement of this matter and stipulation to dismissal filed by all parties, this case is **DISMISSED**. The clerk shall enter judgment and close the file.

IT IS SO ORDERED.

Dated: March 27, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE